# FEDERAL DEFENDERS
## MIDDLE DISTRICT OF ALABAMA
### FEDERAL DEFENDER PROGRAM, INC.
### 201 MONROE STREET, SUITE 1960
### MONTGOMERY, AL 36104
TELEPHONE (334) 834-2099
FACSIMILE (334) 834-0353
Website: www.almfd.org

**CHRISTINE A. FREEMAN**
Executive Director

May 31, 2007

Honorable Charles S. Coody
Chief U.S. Magistrate Judge
One Church Street
Montgomery, Alabama 36104
**BY HAND DELIVERY**

   Re:   *Kwantrice Thornton*   07 cm 1252-CSC

Dear Judge Coody:

   Our office has been contacted by Assistant U.S. Attorney Andrew O. Schiff, Deputy Chief of the Criminal Division, regarding appointment of counsel for Ms. Thornton, who is a target in an investigation.

   Mr. Schiff has indicated that Ms. Thornton wishes to resolve this matter prior to indictment and is unable to afford counsel. A financial affidavit signed by Ms. Thornton is enclosed with this letter.

   I am therefore requesting that appointment of counsel be permitted by the Court. It is my understanding that our office may not be able to accept an appointment in this case. If not, we will appoint a CJA Panel attorney.

   Please let me know if you need any additional information. Thank you for your consideration of this request.

Sincerely,

Christine A. Freeman

caf/
cc:   Andrew O. Schiff, Esq.