IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA      )
      )
v      )    CRIM. MISC. NO. 07cm1252-CSC
      )
KWANTRICE THORNTON      )

## ORDER

The court finds that is KWANTRICE THORNTON, a person under investigation, is eligible for the appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A. Accordingly, it is

ORDERED that the Federal Defender or, in the event that the Federal Defender is unable to represent THORNTON, a panel attorney be appointed to represent KWANTRICE THORNTON for all further proceedings.

Done this 1st day of June, 2007.

_____/s/Charles S. Coody_____

CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE