# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

United States of America,                      *
2007 JUN 12 A 8: 29                            *

v.                                             *CRIM. MISC. NO. 07cm1252-CSC
                                               *
Kwantrice Thornton                             *

## NOTICE OF APPEARANCE

Comes now the undersigned counsel and shows that he has been

appointed by the Federal Defenders Office and files this his Notice of

Appearance on behalf of the Defendant in the above-styled cause and

requests that all notices, correspondence, pleadings, orders and any other

documents be served upon him at the address shown below.

Respectfully submitted this _12th_ day of _June_____, 2007.


Russell T. Duraski (DUR007)
Attorney for Defendant
6332 Woodmere Blvd.
Montgomery, Alabama  36117
Telephone:  (334) 260-9733
FAX:  (334) 260-9735
email: duraskilaw@charter.net

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the Assistant United States Attorney shown below by placing a copy of same in the United States mail, postage prepaid, and properly addressed.

Done this _12th_ day of ___June_____, 2007.

Russell T. Duraski (DUR007)
Attorney for Defendant

Andy Schiff, Esq.
Assistant U.S. Attorney
Post Office Box 197
Montgomery, Alabama   36101-0197