CJA 20  APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL

| 1. CIR./DIST./DIV.CODE | 2. PERSON REPRESENTED | VOUCHER NUMBER |
|---|---|---|
| ALM | Jackson, Felicia | |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| | | | 2:7 -001292-001 |

| 7. IN CASE/MATTER OF  (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
|---|---|---|---|
| U.S. v. Jackson | Other | Adult Defendant | Other |

**11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section)**  If more than one offense, list (up to five) major offenses charged, according to severity of offense.

**12. ATTORNEY'S NAME** (First Name, M.I., Last Name, including any suffix) AND MAILING ADDRESS
HAMM, DANIEL G.
560 South McDonough Street
Suite A
MONTGOMERY AL 36104

Telephone Number:  (334) 269-0269

**14. NAME AND MAILING ADDRESS OF LAW FIRM** (only provide per instructions)
Daniel G. Hamm, Attorney At Law
560 South McDonald Street
Suite A
Montgomery  AL 36104

**13. COURT ORDER**
- [X] O  Appointing Counsel
- [ ] C  Co-Counsel
- [ ] F  Subs For Federal Defender
- [ ] R  Subs For Retained Attorney
- [ ] P  Subs For Panel Attorney
- [ ] Y  Standby Counsel

Prior Attorney's Name: _____
  Appointment Date: _____

- [ ] Because the above-named person represented has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case, or
- [ ] Other (See Instructions)

Signature of Presiding Judicial Officer or By Order of the Court
02/03/2007                    7/3/07
Date of Order                 Nunc Pro Tune Date
Repayment or partial repayment ordered from the person represented for this service at time of appointment.   [ ] YES   [ ] NO

| CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|
| **15. In Court** a. Arraignment and/or Plea | | | | | |
| b. Bail and Detention Hearings | | | | | |
| c. Motion Hearings | | | | | |
| d. Trial | | | | | |
| e. Sentencing Hearings | | | | | |
| f. Revocation Hearings | | | | | |
| g. Appeals Court | | | | | |
| h. Other (Specify on additional sheets) | | | | | |
| (Rate per hour = $          )  TOTALS: | | | | | |
| **16. Out of Court** a. Interviews and Conferences | | | | | |
| b. Obtaining and reviewing records | | | | | |
| c. Legal research and brief writing | | | | | |
| d. Travel time | | | | | |
| e. Investigative and Other work  (Specify on additional sheets) | | | | | |
| (Rate per hour = $          )  TOTALS: | | | | | |
| **17.** Travel Expenses  (lodging, parking, meals, mileage, etc.) | | | | | |
| **18.** Other Expenses  (other than expert, transcripts, etc.) | | | | | |

**19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE**
FROM _____ TO _____

| 20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION | 21. CASE DISPOSITION |
|---|---|
| | |

**22. CLAIM STATUS**  [ ] Final Payment   [ ] Interim Payment Number _____   [ ] Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this case?   [ ] YES   [ ] NO   If yes, were you paid?   [ ] YES   [ ] NO
Other than from the court, have you, or to your knowledge has anyone else, received payment (compensation or anything or value) from any other source in connection with this representation?   [ ] YES   [ ] NO   If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.

Signature of Attorney: _____                    Date: _____

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR / CERT |
|---|---|---|---|---|
| | | | | |

| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | DATE | 28a. JUDGE / MAG. JUDGE CODE |
|---|---|---|
| | | |

| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
|---|---|---|---|---|
| | | | | |

| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount. | DATE | 34a. JUDGE CODE |
|---|---|---|
| | | |